# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-3256

_____

Carl E. Brant,                                  *
                                                *
          Appellant,                            *
                                                *   Appeal from the United States
     v.                                         *   District Court for the Northern
                                                *   District of Iowa.
Swift-Eckrich, Inc., dba Armour                 *
Swift Eckrich Consumer Products                 *        [UNPUBLISHED]
Company,                                        *
                                                *
          Appellee.                             *

_____

Submitted:  April 20, 2001

Filed:  April 27, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
     Circuit Judges.

_____

PER CURIAM.

     Carl E. Brant appeals the district court's dismissal of Brant's disability-discrimination suit against his former employer.  We have reviewed the record and agree Brant did not meet the statutory prerequisites for filing his lawsuit.  See 42 U.S.C. § 2000e-5(e)(1) (charge of discrimination must be filed with Equal Employment Opportunity Commission (EEOC) within 180 days of unlawful employment practice); Boersig v. Union Elec. Co., 219 F.3d 816, 821 (8th Cir. 2000) (reasonable-

accommodation claim was barred because plaintiff filed EEOC charge after time prescribed by § 2000e-5(e)), <u>cert. denied</u>, 121 S. Ct. 857 (2001). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.